# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Odell L. Calvin

_____

_____

**(Enter above the full name
of the plaintiff or plaintiffs in
this action)**

vs.

DR. Terrance Baker

Susan Shebel (RN)

DR. Tremmel

DR. Paul

DR. ByungHoYu

Erica L. Palmisano MD,

**(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")**

## RECEIVED

**MAR 11 2016** ENG
3-11-16
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-3166
Judge Rebecca R. Pallmeyer
Magistrate Judge Susan E. Cox

Case No: ___PC8___
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Defendants

United States District court for the
Northern District of Illinois...

DR. Terrance Baker

DR. Tremmel

DR. Paul

DR. Byung Ho Yu

Erica L. Palmisano MD,

R.N Susan Shebel

Nurse Acoma

Nurse Evans

Nurse Jackson

Nurse Iman
Cermak Health services

DEFENDANTS

United States District Court
Northern District of Illinois

DR. Terrance Baker

DR. Paul        First name not Known

DR. Byung Hoyu

DR. Tremmel        First name not Known

MD, Erica L. Palmisano

RN  Susan shebel

Nurse  Acoma

Nurse  Evans

Nurse  Jackson

Nurse  Iman        First names Not KNown

Cermak Health Services

nurse Acoma

nurse Evans

nurse Jackson

Nurse Iman

Cermak Health Services

nika Jones (Head of medical personell)

First names unknown

**I.  Plaintiff(s):**

A.  Name: Odell (Lamon) Calvin

B.  List all aliases: (Julius Jones)(Calvin Lucas)

C.  Prisoner identification number: 2015040126l  (K69565)

D.  Place of present confinement: C.C.D.O.C. (Jail)

E.  Address: 2600 S. California (P.O.Box. 089002) 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.  Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank.  Space for two additional defendants is provided in B and C.)

A.  Defendant: Susan Shebel

Title: Register nurse (RN) Cermaks Grievance officer

Place of Employment: Cermak  C.C.D.O.C

B.  Defendant: DR. Paul  (Firstname unknown)

Title: Doctor  C.C.D.O.C

Place of Employment: Division 8 R.T.U. 3rd floor C.C.D.O.C

C.  Defendant: DR. Tremmel  Firstname (unknown)

Title: Doctor  C.C.D.O.C

Place of Employment: Division 8 R.T.U. 3rd floor  C.C.D.O.C

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2                              Revised 9/2007

Defendant: DR. B. Yuva HD yu

Title: Allergy/Asphtma-specialist (Doctor)

Place of Employment: Fantus (F-H)(strogers Hospital)

Defendant; nurse Evans (First name unknown)

Title: nurse

Place of Employment: Division 8 R.T.u 3rd floor

Defendant: nurse Iman First name unknown

Title: nurse

Place of Employment Division 8 R.T.u 3rd floor

Defendant: Erica L. Palmisano MD

Title: Doctor

Place of Employment Fantus (F-H) Strogers Hospital

Defendant: Terrance Baker

Title: Doctor

Place of Employment: Division 10 Dispensary

Defendant: nurse Aloma

Title: nurse

Place of Employment: DIVISION 8 R.T.U. C.C.D.O.C

Defendant: nurse Jackson

Title: nurse

Place of employment: DIVISION 8 R.T.U. C.C.D.O.C.

Defendant: Cermak Health services

Title: Cermak

Place of Employment: Div. 8

Defendant: Nika Jones

Title Head of medical Personell

Place of Employment: C.C.D.O.C./Cermak

Defendant:

Title

Place of Employment

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _____

_____

B. Approximate date of filing lawsuit: _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D. List all defendants: _____

_____

_____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F. Name of judge to whom case was assigned: _____

_____

G. Basic claim made: _____

_____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV.    Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON 4-1-15, I WAS BROUGHT TO C.C.D.O.C. (JAIL) AND HOUSED IN (DIVISION I). IT TOOK SEVERAL MONTHS FOR ME TO OBTAIN MY MEDICAL DOCUMENTS FROM (ILL HEALTH ARNET) UPON WHICH DOCUMENTS REFLECTED MY DIAGNOSED MEDICAL CONDITION (EOSINIPHILIC ESOPHAGITIS). AROUND AUGUST DR. MANN SENT ME TO AN ALLERGIST ASTHMA SPECIALIST NAMED DR. BYUNG HO YU WHOM PRESCRIBED ME AN EPI-PEN NEEDLE AND DIPHEN HYDRAMINS AS WELL AS TWO DIFFERENT ASTHMA PUMPS, I WAS THEN PROPERLY CLASSIFIED AN (M-3 INMATE) WHICH MEANS MY CONDITION REQUIRES FOR ME TO BE PLACED IN DIVISION 8 R.T.U. AND MONITORED BY MEDICAL STAFF IN A DORMITORY UNIT... ALSO REFERRED TO A G.I. DOCTOR. INSTEAD, I WAS PLACED IN (DIVISION 10) ON A UNIT WHERE OFFICERS ARE STATIONED OUTSIDE OF THE TIER BEHIND A PLEXI-GLASS WITH NO EMERGENCY BUTTON WITHIN ANY CELLS. I NOTIFIED PARAMEDIC BENZ, ALSO DR. TERRANCE BAKER OF MY MEDICAL CONDITION ALONG WITH MY ORDER FOR EPI-PEN

4

Revised 9/2007

WHICH CAN ONLY BE KEPT ON A MEDICAL UNIT. THEY DENIED ME ANY ASSISTANCE AND LEFT ME TO FEND FOR MYSELF INSIDE A CELL. ON 10-9-15, AROUND 11:30P.M., I SUFFERED FROM AN ALLERGIC REACTION WHICH ALSO TRIGGERED A SLIGHT ASTHMA ATTACK CAUSING MY TONGUE TO SWELL, MOUTH TO BREAKOUT IN HIVES AND GAGGING AND CHOKING. NO OFFICER NOR MEDICAL STAFF RESPONDED TO MY KICKING AT THE DOOR OR MY YELLS FOR HELP, AS I NOTED THERE WAS NO OFFICER STATIONED ON THE TIER NOR ARE THERE EMERGENCY BUTTONS LOCATED IN ANY CELL IN (DIVISION 10). AFTER HOURS OF SUFFERING FROM THE ATTACKS, MY CONDITIONS DECREASED BACK TO NORMAL WITH THE GRACE OF GOD. DR. TERRANCE BAKER WAS ALERTED. SEVERAL HEALTH SERVICE REQUEST FORMS WERE WRITTEN BY ME REGARDING THIS ATTACK AND REQUESTING TO BE PROPERLY MONITORED BY MEDICAL STAFF. REGISTERED NURSE ANDERSON (A WITNESS OF MINE) CALLED ME ON 10-12-15 TO DISPENSARY UPON WHICH SHE CONFIRMED I WAS IMPROPERLY PLACED AND THAT IT WAS A DAILY THREAT TO MY LIFE EACH DAY I WAS CONFINED TO A CELL BECAUSE, IN HER PROFESSION SHE HAS SEEN HUNDREDS DIE FROM MY CONDITION WHOM WERE ALL ALSO CONFINED TO A CELL. UPON WHICH IN MY PRESENCE SHE CONTACTED DR. BAKER WHO

Revised 9/2007

ONCE AGAIN DID NOT ACT ACCORDINGLY AND I WAS SENT BACK TO BE HOUSED IN A CELL. ON 10-14-15, AROUND 9:45 A.M., WHILE LOCKED INSIDE OF CELL 10 IN (DIVISION 1), ONCE AGAIN I HAD AN ALLERGIC REACTION AS THE SAME ABOVE SYMPTOMS OCCURED. OFFICER QUARTERS ARE ALSO HOUSED OUTSIDE OF TIER, ALSO AND ONCE AGAIN THERE ARE NO EMERGENCY RESPONSE BUTTONS INSIDE OF CELLS IN (DIVISION 1). NO SECURITY STAFF NOR MEDICAL STAFF RESPONDED TO THE KICKS AT ALMOST THE ENTIRE TIER OR THE SCREAMS FOR HELP FROM THE TIER CALLING FOR SOMEONE TO HELP ME. ALSO I HAD NO DIPHENHYDRAMINS TO HELP ME BECAUSE NO-ONE DELIVERED THE K.O.P. MEDICINE TO ME. AFTER ABOUT AN HOUR OF SUFFERING, THE IMMFLAMATIONS TURNED INTO A FEVER AND PUT ME IN A UNPLEASANT SLEEP. MY PRESCRIBED EPI-PEN NEEDLE WAS NOT AVAILABLE. ALSO A REFERRAL TO A G.I. DOCTOR. ON 10-15-15, I GRIEVED THE ISSUES OF MY HEALTH BEING DISREGARDED AS I HAVE PROVIDED MEDICAL STAFF A DOCTORS' HISTORY OF MY SURGERIES RESULTING FROM THE TRAUMA OF MY ALLERGIC REACTIONS, AND THAT NOT ONLY HAVE I BEEN IMPROPERLY PLACED INSIDE A CELL WITH NO EMERGENCY BUTTON, BUT ALSO I HAVEN'T BEEN RECIEVING ANY MEDICATION (DIPHENHYDRAMIN)

5

FOR WEEKS AND MY EPI-PEN CAN'T BE PLACED IN THE HANDS
OF SECURITY STAFF OUTSIDE OF THE UNIT. AROUND 10-26-15
I WROTE A GRIEVANCE ON MEDICAL STAFF NURE ACOMA,
NURSE JACKSON, AND NURSE IMAN, WHOM I KEPT COMPLAINING
TO DURING DAILY MED-LINES ALSO PER HOUSING REFERRAL
REQUEST FORMS THAT I WAS RECIEVING MEDICATIONS.
IN TURN THEY RESPONDED THAT THEY KNEW I SHOULD BE
RECIEVING MEDICATION, BUT DON'T KNOW WHY IM NOT AND
FOR ME TO WAIT TO BE SEEN BY A DOCTOR. ALSO ON 10-26-15
I GRIEVED MEDICAL STAFF HERE IN DIVISION 8 NURSES ACOMA,
IMAN, JACKSON, AND EVANS BECAUSE, (PER SPECIALIST DR.
BYUNG HO YU) LAB BLOODWORK WAS TO BE CONDUCTED IN AN
ATTEMPT TO BRING CLARITY TO MY ALLERGY CONDITION. MY
GRIEVANCE WAS DISREGARDED BY (SUSAN SHEBEL). NONE OF THE
ABOVE NURSES ATTEMPTED TO HAVE THIS SPECIALIST DOCTOR'S
ORDERS FOLLOWED. ON 11-2-15, I WROTE A GRIEVANCE
ON MEDICAL STAFF BECAUSE ON 10-5-15 AT FANTUS HEALTH
CLINIC (STROGERS HOSPITAL) DR. BYUNG HO YU AND DR. LOPEZ HAD
ORDERED ME A Q-VAR PUMP TO CALM IMMFLAMATIONS IN MY
THROAT AREA AND ALSO AN ASTHMA PUMP AND LABWORK TO BE
CONDUCTED BY MEDICAL STAFF HERE AT C.C.D.O.C. IN ATTEMPT TO
LEARN WHAT I'M EATING THAT I'M ALLERGIC TO AND REPORTED

(5)

THAT AS OF ABOVE DATE ISTILL HAVEN'T RECIEVED NONE OF THE ABOVE SPECIALIST DOCTOR'S ORDER'S, ALSO WHILE AT FANTUS (STROGERS HOSPITAL) I TOLD BOTH (DR. MARIO LOPEZ) AND (DR. BYUNG HO YU) THAT THE JAIL MEDICAL STAFF WASN'T FULFILLING THEIR' ORDERS AND I ASKED FOR THEM TO CONDUCT THE LAB TESTING AT STROGERS AND GIVE ME MY PUMPS AND MEDICINE AT STROGERS ALSO SINCE CERMAK WOULDN'T FOLLOW THE ORDERS, BOTH DOCTORS DECLINED TO DO SO AND CALLED THE JAIL AND REPORTED THE MISCONDUCT TO DR. TERRANCE BAKER WHOM ASSURED DR. LOPEZ AND DR. YU THAT TESTING WOULD BE CONDUCTED AND MEDS WOULD BE ORDERED. ALL WHICH DR. TERRANCE BAKER NEVER MADE HAPPEN. ON 11-3-15, WHILE AT COURT INSIDE OF A HOLDING CELL TWO INMATES GOT INTO A FIGHT WHICH OFFICERS SUBDUED TO THE USE OF MACE (PEPPER-SPRAY) WHICH RESULTED TO ME HAVING AN ASTHMA-ATTACK AND STILL AS OF ABOVE DATE MY Q-VAR PUMP OR ALBUTEROL PUMP OR ANY MEDS HAD STILL NOT BEEN PROVIDED TO ME. I WAS SAVED BY ANOTHER INMATE WHOM ALSO HAD ASTHMA, WHO ALLOWED ME TO BE TREATED WITH HIS OWN ASTHMA PUMP. STILL DR. TERRANCE BAKER FAILED TO ASSIST ME AFTER HIS ON-GOING KNOWLEDGE OF EVERYTHING, ON 11-11-15, I ONCE AGAIN SUFFERED FROM ASTHMA ATTACK WHICH TIER OFFICER SANCHEZ CAN ATTEST TOO. MEDICAL STAFF TOOK MORE THAN 10 MINUTES TO RESPOND SO I USED INMATE ANTHONY LYON'S ASTHMA PUMP BECAUSE STILL AS OF 11-11-15, MY ALBUTEROL ASTHMA PUMP STILL HAD NOT BEEN DELIVERED TO ME. ALSO MY Q-VAR PUMP WHICH I'm PRESCRIBED TO USE 6 TIMES A DAY ALSO PER SPECIALIST DR. BYUNG HO YU HAD NOT BEEN GIVEN TO ME WHICH I NEED TO KEEP MY THROAT LUBRICATED. ONCE AGAIN DR. TERRANCE BAKER AFTER ASSURING

DR. LOPEZ AND DR. YU THAT MY PRESCRIBED ORDERS WOULD BE SUPPLIED, STILL HAVEN'T. ON 11-23-15 I GRIEVED IN REGARDS TO CONTROLL NUMBERS (20155834), (20155821), (2015 6107), (20155948) AS NURSE SUSAN SHEBELL WAS RESPONDING TO MY GRIEVANCES WITH BLATANT LIES, SAYING THAT THERE WAS NO ORDER FOR ME TO HAVE AN EPI-PEN. HOWEVER, I WAS MOVED FROM (DIVISION 10) TO (DIVISION 8) AND PARAMEDIC BENZ HAD TO PERSONALLY CARRY IT BECAUSE, INMATES NOR SECURITY PERSONELL CAN CARRY AN EPI-PEN. NOT TO MENTION, I HAVE IN MY POSSESION COPIES OF THE ORDERS FOR LABS AND EPI-PEN. THESE ORDERS WERE MADE ON NUMEROUS DATES 10-5-15, 11-2-15 BEING JUST TWO OF MANY DATES, LAB ORDERS WERE URGENT AND IMPORTANT TO BRING CLARITY TO WHAT IT IS I'M EATING THAT I'M ALLERGIC TO. THE LABS ON SEVERAL DATES WERE ORDERED PER SPECIALISTS DR. BYUNG HO YU AND DR. MARIO LOPEZ. ON 12-2-15 A GRIEVANCE WAS FILLED ON SUSAN SHEBEL (RN) AS I ATTEMPTED TO BRING ATTENTION TO THIS NURSE CONDUCT WHICH PROVIDES NO RELIEF AT ALL IN THE MEDICAL GRIEVANCE SYSTEM HERE AT C.C.D.O.C. SHE WAS FULLY AWARE OF ALL THE EVENTS AND EACH TIME I GRIEVED AND ALERTED HER OF ALL THE ABOVE, SHE ONLY OFFERED LIES AND RESPONSES THAT DID NOT ADDRESS MY COMPLAINTS AS THE GRIEVANCES WILL REFLECT. SHE IN TURN, ANSWERED HER OWN GRIEVANCE I FILED ON HER USING THE SAME DECEITFUL TACTICS.

ON 12-16-15, ONCE AGAIN AT MED-LINE AND PER HEALTH REQUEST FORM, I NOTIFIED CHARGE NURSE JACKSON AND A NURSE I BELIEVED TO BE NURSE ACOMA THAT MY THROAT WAS CONSTANTLY BLEEDING, THROBBING WITH TREMENDOUS PAIN, AND DISCOMFORT AND DUE TO MEDICAL STAFF HERE NOT SENDING ME TO GO RECIEVE TREATMENT FROM A G.I. DOCTOR IN WHICH

SPECIALIST DR. BYUNG HO YU HAD REFERRED ME TO. MY THROAT SEEMED TO BE CLOSING AND RESTRICTING AS I'VE ALMOST CHOKED TO DEATH ON SEVERAL OCCASIONS BECAUSE, SOLID FOOD IS GETTING CAUGHT IN MY THROAT DUE TO MY CONDITION (EOSINIPHILIC — ESOPHAGITIS) GOING UNTREATED BY A G.I. DOCTOR, AS A RESULT I'M AFRAID TO EAT IN WHICH I EAT LESS AS POSSIBLE AS I'M HAVING CLOSE CALLS WITH MY DEATH, AND EVEN DRINKING WATER IS MET WITH RESISTANCE. AFTER INFORMING TWO NURSES, BOTH JACKSON AND ACOMA THEY RESPONDED BY GIVING ME A 1.5. OUNCE BOTTLE OF SALINE SOLUTION WHICH DID NOTHING TO DECREASE THE PAIN AND BURNING SENSATIONS IN MY THROAT, IN WHICH I COMPLAINED OF. ON 12-22-15, I WAS CALLED TO CERMAK PER DOCTORS ORDERS A MILK ALLERGY (IGE) LAB BLOOD WORK TESTING PER SPECIALIST DR. BYUNG HO YU TO HELP BRING CLARITY TO MY ALLERGY SITUATION. HOWEVER, UPON MY ARRIVAL TO CERMAK AS A RETALIATON TO MY GRIEVANCE ON MEDICAL GRIEVANCE OFFICER (SUSAN SHEBEL) I WAS TURNED AROUND AND CALLED A "TROUBLE MAKER" BY MEDICAL STAFF AND TOLD TO "GRIEVE IT" ... AND AS OF TODAY'S DATE 2-25-16 I WAS NEVER SENT BACK FOR (IGE TESTING). I ALSO GRIEVED STILL NOT SEEING A G.I. DOCTOR, AS I'M CONTINUING TO COUGH UP BLOOD AN BE IN PAIN, ALSO ON 12-10-15 DR. TREMELL ORDERED ME TO HAVE AN EMERGENCY X-RAY ON MY THROAT. BUT, AS OF 12-22-15 NO-ONE FOLLOWED HIS ORDER AND ON 12-21-15 I ALERTED DR. TREMELL OF ALL THE MEDICAL COMPLICATIONS I'VE BEEN HAVING AND THAT NO-ONE STILL HADN'T SENT ME TO A G.I. DOCTOR AS SPECIALIST DR. BYUNG HO YU ORDERED. ON 1-31-16, I COMPLAINED AND GRIEVED OF THE INCIDENT ON 1-27-16 AS I NOTIFIED NURSE ROBINSON, NURSE IMAN, AND NURSE JACKSON

THAT THE PAIN PILL AND ANTI-BIOTIC PRESCRIBED TO ME BY DENTAL STAFF WAS TOO HUGE FOR ME TO SWALLOW BECAUSE OF ABNORMALLY SMALL THROAT. EACH TIME WHICH WAS TWICE, NURSE EASTER AND NURSE IMAN TRIED CRUSHING MEDICATION BUT, I WAS INTOLERANT TO THE TASTE WHICH CAUSED ME TO VOMIT. MY REQUEST FOR LIQUID MEDICATION OR SMALLER PILLS TO ACCOMADATE MY CONDITION WAS DENIED BY THE NURSES ABOVE. ON 1-4-16, I GRIEVED AND COMPLAINED OF MY VISIT WITH DR. TREMELL ON 12-21-15 WHICH I TOLD MY THROAT WAS CONSTANTLY BLEEDING, IN TREMENDOUS PAIN, AND BURNING SENSATIONS AND THAT MY THROAT WAS CLOSING ABNORMALLY. I ASKED THAT DR. TREMELL SEE TO IT THAT I BE SENT TO A G.I. DOCTOR FOR TREATMENT AS THE SPECIALIST DR. BYUNG HO YY HAD INSTRUCTED BUT HE DISREGARDED MY REQUEST AND INSTEAD PUT ME IN TO HAVE AN EMERGENCY X-RAY ON 12-21-15. HOWEVER, AS OF 1-4-16 NO EMERGENCY X-RAY HAD OCCURED AND NURSE EVANS AND NURSE ACOMA BOTH SAID THERE WAS "NOTHING THEY CAN DO." ON 1-25-16, AROUND 12:00 P.M., DR. PAUL CALLED ME REGARDING MY ON-GOING MEDICAL REQUESTS REGARDING ME COUGHING UP BLOOD DAILY, DAILY TREMENDOUS PAIN, AND BURNING WITHIN MY ENTIRE THROAT AREA AS WELL AS ME BEING SENT TO A G.I. DOCTOR.

I HAVE ALSO SEEN DR. PAUL AND BASICALLY BEGGED HER AND DR. TREMELL TO SEND ME TO A G.I. DOCTOR AS SPECIALIST ORDERED. OVER THE PAST 4 MONTHS BOTH DR. PAUL AND DR. TREMELL NEVER SENT ME TO A G.I. DOCTOR NOR ATTEMPTED TO CONTACT A G.I. DOCTOR AND THE RECORD WILL REFLECT NEITHER EVER PRESCRIBED ME ANYTHING FOR THE PAIN AND POSSIBLE INFECTION. I NOTIFIED BOTH DOCTORS THAT ITS EVEN DIFFICULT FOR ME TO SWALLOW WATER. THEY BOTH ONLY DISREGARDED MY HEALTH.

ON 2-5-16, TO DR. PAUL I'VE BEEN REFUSING PANTROZLE MEDICATION BECAUSE IT GIVES ME A QUEASY FEELING AND MAKES ME VOMIT OFTEN. I ASKED TO PLEASE HAVE IT SUBSTITUTE IT, BUT SHE FLAT OUT REFUSED. INSTEAD OF SENDING ME TO A G.I. DOCTOR AS THE SPECIALIST ORDERED, SHE ORDERED ME BACK TO MY UNIT AS I TRIED TO PROTEST. ON 2-3-16, I COMPLAINED AND GRIEVED BECAUSE, AS A RETALIATION TO MY GRIEVANCES ON DR. PAUL, SHE HAD ME MOVED FROM (DIVISION 8) WHERE I WAS MEDICALLY MONITORED... TO (DIVISION 10), WHERE THERE IS NO EMERGENCY BUTTON WITHIN ANY CELL NOR IS THERE ANY WAY TO ALERT STAFF IF AN EMERGENCY OCCURS. ON 2-17-16, I COMPLAINED AND GRIEVED OF BEING IMPROPERLY PLACED IN A CELL AGAIN, AND WHILE IN (DIVISION 10) I LITERALLY WAS STARVING FOR ALMOST A WEEK BECAUSE, I WENT ON A HUNGER STRIKE THE ENTIRE TIME I WAS IN (DIVISION 10) LOCKED INSIDE A CELL OUT OF FEAR OF CHOKING TO DEATH IF I WOULD OF ATE. I SURVIVED ON APPLE SAUCE ALONE. DR. PAUL, DR. TREMELL, AND DR. BAKER WERE ALL MADE AWARE OF MY CONDITIONS AND DID NOTHING TO ASSIST ME. A DIFFERENT NURSE JACKSON LOCATED IN (DIVISION 10), UPON SEEING AND KNOWING MY MEDICAL CONDITION STATED, " YOU SHOULD NEVER BE IN A CELL WITH YOUR MEDICAL PROBLEMS"! SHE THEN SENT ME BACK TO (DIVISION 8) R.T.U. WITHIN THAT SAME HOUR. RECORDS WILL REFLECT THAT I HAVE SENT MEDICAL REQUEST SLIPS ABOUT MY throat IN TREMENDOUS PAIN, AND COUGHING UP BLOOD, AND MY THROAT RESTRICTING AND BECOMING MORE DIFFICULT TO EVEN SWALLOW WATER. I'VE SENT MEDICAL REQUEST SLIPS ON ALL OF THESE DATES: 1-5-16, 1-9-16, 1-15-16, 1-27-16, 1-29-16, 1-31-16, 2-21-16, 2-24-16, AND RECORDS WILL REFLECT THAT MEDICAL

STAFF BLATANLY IGNORES AND DISREGARDS ASSISTING ME WITH MY MEDICAL BURDENS. EVEN AT THE VERY FEW TIMES THEY DO RESPOND, IT SOMETIMES TAKES DAYS OR EVEN WEEKS. A PRIME EXAMPLE, I SUBMITTED HEALTH REQUEST SLIPS PREVIOUSLY ON, 2-21-16 AND 2-24-16 AND COMPLAINED OF TREMENDOUS PAIN AND BURNING I FEEL IN MY THROAT AREA. ALSO, OF HOW I'M STILL COUGHING UP BLOOD AND NO-ONE HAS RESPONDED OR NOTHING HAS OCCURED AND WHENEVER IT IS, TO WHOMEVER IT IS. THAT IS READING THIS, I ASSURE YOU THAT MY PLEAS FOR HELP WILL STILL BE UNANSWERED. I'VE TOLD NURSE ACOMA, NURSE JACKSON, NURSE IMAN, AND NURSE EVANS OF THIS PROBLEM ALSO AND THEY ALL SAY THERE IS NOTHING THEY CAN DO TO HELP ME. SUSAN SHEBEL (RN), DR. TREMELL, DR. PAUL, AND DR. BAKER OR CERMAK HEALTH SERVICES, NURSE ACOMA, NURSE EVANS, NURSE IMAN, AND NURSE JACKSON ARE ALL AWARE OF MY PAIN AND SUFFERING AND MY THROAT BEING ABNORMALLY SMALL AND ME ALMOST CHOKING TO DEATH ON MANY OCCASIONS. YET, EVERYONE HAS TURNED A BLIND EYE AGAINST ME AND NONE OF THE DOCTORS, KNOWING THAT MY THROAT IS ABNORMALLY SMALL, HAVE NOT PRESCRIBED ME TO LIQUID MEDICATION FOR PAIN NOR HAVE THEY PRESCRIBED ME A LIQUID DIET. EVEN THOUGH MY TIMES OF HUNGER STRIKE IS KNOWN TO THEM. SPECIALIST DR. BYUNG HO YU AND M.D. ERICA L. PALMISANO ARE MOST TO BLAME BECAUSE, THEY KNOW VERY WELL OF THE ABUSE AND UNPROFESSIONALISM OF CERMAK HEALTH CARE HERE AT C.C.D.O.C. JAIL. EVEN AFTER THEY CALLED, IN WHICH DR. BAKER LIED AND SAID HE WOULD SEE THAT ALL SPECIALISTS' ORDERS ARE FOLLOWED.

· ALLOWED ME TO BE SUBJECTED TO SUCH ABUSE SEEING THAT THEY HAD THE AUTHORITY TO KEEP ME ON ANY OF THOSE DAYS TO SEE A G.I. SPECIALIST AT STROGERS WHERE THEY PRESIDE. THEY HAD THE POWER TO PRESCRIBE LIQUID MEDICATION FOR PAIN AND SEND IT BACK TO THE JAIL WITH ME. ALSO, THE POWER TO PREVENT MUCH OF THE ON-GOING ABUSE, NOT EVERYTHING BUT MOST OF IT. ALL OF THIS HAS SHOWN INCOMPETENCE AND NO REGARD FOR MY HEALTH NOR MY LIFE AS THE RECORDS REFLECT.....

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like for this honorable court to grant compensation from all who have disregarded my health, also I wish to be compensated also for my time inside a cell improperly monitored that I suffered from numerous attacks with no response buttons located inside of these cell, please compensate me for all my pain and suffering, Respectfully Odell L. Calvin.... (Money Damages)

**VI.    The plaintiff demands that the case be tried by a jury.**  ☐ YES  ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___25th___ day of ___Feb.___ , 20 _16_

Odell L. Calvin
(Signature of plaintiff or plaintiffs)

Odell L. Calvin
(Print name)

20150401261
(I.D. Number)

7126 S. Vernon
Chicago Illinois 60619
(Address)

6

Revised 9/2007

# IU Health Arnett
## Patient Report

ODELL L CALVIN

, IN
MRN-74806462

Dear ODELL CALVIN:

You have undergone a Esophagogastroduodenoscopy procedure performed by Dr. NAVEED AHMAD. **The summary
conclusions and images from the procedure include the following:**

**Summary:**

- Moderate amount of blood seen in the hypopharynx, likely from the endotracheal tube placement, trauma.
- Multiple thick, concentric, mucosal rings seen in the proximal and middle third of the esophagus, which did not allow the endoscope to pass through. Dilatation was performed.
- Endoscope was able to pass through into the stomach after dilation.
- Normal entire stomach.
- Small amount of retained barium was seen and aspirated.
- Normal pylorus.
- Normal duodenal bulb, 2nd portion of the duodenum, and 3rd portion of the duodenum.

**Impression:** multiple concentric mucosal rings in the esophagus, possibly due to eosinophilic esophagitis.



2 -proximal third of the esophagus   5 -proximal third of the esophagus   8 -body of the stomach



9 -2nd portion of the duodenum

# IU Health Arnett
## Patient Report

ODELL L CALVIN

, IN
MRN-74806462

Dear ODELL CALVIN:

You have undergone a Esophagogastroduodenoscopy procedure performed by Dr. NAVEED AHMAD. **The summary conclusions and images from the procedure include the following:**

**Summary:**

- Moderately narrow esophagus however improved from previous endoscopy as it allwed stadard EGD scope to pass through.
- Thick concentric rings through out the proximal,and middle 3rd of the esophagus likley due to eosinophilic esophagitis. Dilatation was performed.
- Normal stomach
- Normal pylorus.
- Normal duodenal bulb and 2nd portion of the duodenum.



1 -proximal third of the esophagus     3 -2nd portion of the duodenum     5 -antrum

-fundus -retroflexed view     7 -body of the stomach     Balloon Dilation

# IU Health Arnett
### ENDOSCOPY DISCHARGE INSTRUCTIONS

| Patient Name: | ODELL L CALVIN | Attending Physician: | NAVEED AHMAD, |
| --- | --- | --- | --- |
| Patient ID: | MRN-74806462 | Date of Birth: | |
| Procedure Date: | 01/28/2015 | Procedure Performed: | Esophagogastroduodenoscopy |

## 1. General Information
* You received sedation: You must have someone drive you home.
* Do not drive a motor vehicle, operate machinery or power tools for 24 hours.
* Do not sign any legal documents or make any personal or business decisions for 24 hours.
* You may return to work tomorrow unless otherwise directed.

## 2. Diet
_____ Nothing to eat or drink for 1 hour. Test swallowing with sips of water.

_____ Resume normal diet, unless otherwise directed.

__X__ Follow any prescribed diet instructions given. *Clear Liquids*

Do not drink any alcoholic beverages. including beer, for 24 hours. Mylanta Gas, Phazyme, GasX, or other anti-gas medications may be taken to relieve bloating or gas. Avoid food or foods known to cause gas today

## 3. Results
_____ No polyps or biopsies were taken during your examination.

__X__ Polyps or biopsies of other lesions were taken during your examination, you will be notified of biopsy results by phone or mail.

_____ Esophageal stricture was dilated. *Eosinophilic Esophagitis*

## 4. Medications
__X__ Resume your normal medications, unless otherwise instructed.

_____ Follow any special medication instructions given below.

## 5. Follow these additional recommendations, including diet, medications, or follow-up appointments.
**Recommendations:**

* **Anti-reflux measures:** Raise the head of the bed 4 to 6 inches. Avoid smoking. Avoid excess coffee, tea or other caffeinated beverages. Avoid alcohol, chocolate, and peppermint. Avoid garments that fit tightly through the abdomen. Avoid eating before bed.
* Follow anti-reflux diet instructions: Patient advised to lose weight. Start low fat diet. Recommend to stop smoking, take alcohol in moderation. Avoid citrus, fruits, juices, chocolate, mints, and carbonated beverages. Elevate head of bed 4 to 6 inches. Do not lie down for 3 hours after meal.
* Omeprazole 20 mg p.o. Daily.
* Follow-up on the results of the biopsy specimens in 1 week.
* We will consider fluticasone therapy depending upon biopsy results.
* Clear liquid diet today
* Advance to full liquid and soft diet as tolerated.
* Repeat EGD in 3-4 weeks.
* Follow-up appointment with referring physician.
* Thank you for referring your patient.

**Notify us immediately at (1 800 899 8448) if you notice:**
1. Rectal bleeding of more than 3-4 tablespoons within 14 days.
2. Shaking, chills and/or temperature over 100 degrees F within 3 - 5 days.
3. Severe abdominal pain within 3 - 5 days. (Some discomfort, "gas", or bloating is normal.)
4. Vomiting of blood within 3 - 5 days.
5. The onset of black, tarry stools.
6. Increased abdominal bloating.
7. The onset of new symptoms (swallowing difficulties, change in bowel habits, etc.)

**Please follow these instructions carefully. Call Dr. AHMAD if you have any questions at (1 800 899 8448 ).**

# IU Health Arnett
## ENDOSCOPY DISCHARGE INSTRUCTIONS

| | | | |
|---|---|---|---|
| **Patient Name:** | ODELL L CALVIN | **Attending Physician:** | NAVEED AHMAD, |
| **Patient ID:** | MRN-74806462 | **Date of Birth:** | |
| **Procedure Date:** | 03/06/2015 | **Procedure Performed:** | Esophagogastroduodenoscopy |

### 1. General Information

- You received sedation: You must have someone drive you home.
- Do not drive a motor vehicle, operate machinery or power tools for 24 hours.
- Do not sign any legal documents or make any personal or business decisions for 24 hours.
- You may return to work tomorrow unless otherwise directed.

### 2. Diet

_____ Nothing to eat or drink for 1 hour. Test swallowing with sips of water.

_____ Resume normal diet, unless otherwise directed.

__✓__ Follow any prescribed diet instructions given.

Do not drink any alcoholic beverages, including beer, for 24 hours. Mylanta Gas, Phazyme, GasX, or other anti-gas medications may be taken to relieve bloating or gas. Avoid food or foods known to cause gas today

### 3. Results

_____ No polyps or biopsies were taken during your examination.

__✓__ Polyps or biopsies of other lesions were taken during your examination, you will be notified of biopsy results by phone or mail

__✓__ Esophageal stricture was dilated.

### 4. Medications

_____ Resume your normal medications, unless otherwise instructed.

__✓__ Follow any special medication instructions given below.

### 5. Follow these additional recommendations, including diet, medications, or follow-up appointments.

**Recommendations:**

- Follow-up on the results of the biopsy specimens in 1 week.
- Follow PPI therapy. Omeprazole 20mg ½hr prior to Am meal
- Patient advised to avoid taking ASA, aleve, motrin & other, non-steriodal, anti-inflammatory (NSAID) medications.
- Liquid diet today, advance to soft tomorrow. diet sheets included.
- Will consider allergy testing if positive for Eosinophilic esophagitis.
- Follow-up appointment with referring physician.
- Thank you for referring your patient.

**Notify us immediately at (1 800 899 8448) if you notice:**

1. Rectal bleeding of more than 3-4 tablespoons within 14 days.
2. Shaking, chills and/or temperature over 100 degrees F within 3 - 5 days.
3. Severe abdominal pain within 3 - 5 days. (Some discomfort, "gas", or bloating is normal.)
4. Vomiting of blood within 3 - 5 days.
5. The onset of black, tarry stools.
6. Increased abdominal bloating.
7. The onset of new symptoms (swallowing difficulties, change in bowel habits, etc.)

**Please follow these instructions carefully. Call Dr. AHMAD if you have any questions at (1 800 899 8448 ).**

I have received and understand these instructions.

Date: 03/06/2015

Patient Signature: _____

Escort Signature: _____

Nurse Signature: _____

- Bleeding (indicated by bright red vomit or black, tarry stool)

These symptoms occur more often with reflux esophagitis:
- Coughing
- Hoarseness

## Diagnosis of Esophagitis

Your healthcare provider will ask about your health history and symptoms. You'll also be examined. Sometimes certain tests are needed. These may include:
- **Upper endoscopy.** A thin, flexible tube with a tiny light and camera is used. It is inserted through the mouth down into the esophagus. This allows the doctor to look for damage. A biopsy may also be done. This is when a small sample of tissue is removed. The sample is sent to a lab for testing.
- **Upper GI x-ray with barium.** An x-ray is done after the patient drinks a substance called barium. This substance makes problems in the esophagus easier to see on an x-ray.

## Treatment of Esophagitis
- **Medications** can help treat either type. For infectious esophagitis, medications can help clear the infection. For reflux esophagitis, medications are prescribed based on symptoms. For instance, minor symptoms can be treated with antacids. These are taken after meals and at bedtime. For more severe symptoms, certain medications can help reduce the amount of acid the stomach makes. Other medications can help food move through the stomach more quickly.
- **Lifestyle changes** can help reduce irritation and ease symptoms:
  Avoid spicy foods (pepper, chili powder, curry). Also avoid hard foods (nuts, crackers, raw vegetables) and acidic foods and drinks (tomatoes, citrus fruits and juices). Other problem foods include chocolate, peppermint, nutmeg, and foods high in fat.
  Until you can swallow without pain, follow a combined liquid and soft diet. Try foods such as cooked cereals, mashed potatoes, and soups.
  Take small bites and chew your food thoroughly.
  Avoid large meals. And don't eat right before lying down.
  Get to or maintain a healthy weight.
  Avoid alcohol, caffeine, and smoking.
  Practice good oral hygiene.
  Raise your upper body by 4 to 6 inches when lying in bed. This can be done using a foam wedge. Or put blocks under the legs at the head of your bed.
- **Surgery** may be needed for severe reflux esophagitis. Your doctor can tell you more.

## Why Treatment Is Important
Without treatment, esophagitis can worsen. This is especially true with severe reflux esophagitis. For instance, continued symptoms can cause scarring of the esophagus. Over time, this can create a stricture, or narrowing. This can result in trouble passing food down to the stomach. Continued symptoms can also cause changes in the lining of the esophagus. These changes can put you at a slightly higher risk of cancer of the esophagus.

© 2000-2011 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.





**With esophagitis, the lining of the
    esophagus is inflamed.**

- **Reflux esophagitis.** This is the more common type. It's also called GERD (gastroesophageal reflux disease). It occurs when acid from the stomach flows back into the esophagus. This happens repeatedly and leads to irritation. Causes include:
Being overweight
Pregnancy
Frequent vomiting
Certain medications (such as aspirin and other anti-inflammatories)
Hiatal hernia, which is when the upper part of the stomach pushes upward through the diaphragm (the
    muscle between the chest and the abdomen)
- **Infectious esophagitis.** This condition is caused by an infection. Certain factors can make this more likely. These include a weakened immune system and poor nutrition. Antibiotic use can also be a factor. The infection is often due to the following:
A type of fungus (typically candida)
A virus, such as herpes simplex virus 1 or cytomegalovirus (CMV)

## Symptoms of Esophagitis

The following symptoms can occur for both types of esophagitis:
- Pain when swallowing, or trouble swallowing
- Heartburn (pain behind the breastbone)
- Nausea

## Cook County Health and Hospitals System
## Ambulatory and Community Health Network
## Patient Discharge Instruction

**Visit Summary For** ODELL CALVIN

We would like to thank you for allowing us to assist you with your healthcare needs. Our entire staff strives to provide an excellent experience for our patients and their families. The following includes information regarding your visit.

**Age:** 36 years   **Sex:** Male   **DOB:** 11/08/1979   **MRN:** 5059039
**Address:** 1224 E 69TH ST CHICAGO, IL 60637
**Home:** (773) 674-5631   **Work:** --   **Mobile:** --
**Primary Care Provider:** --
**Race:** African American/Black   **Ethnicity:** Non-Hispanic/Latino/Spanish Origin
**Language:** 1 English
**Health Plan:** 1°Cermak

**Visit Date:** 12/07/2015 10:57:03
**Visit Location:** Fantus (FH)
**Visit Physician/Provider:** YU MD, BYUNG-HO
**Primary Care Provider Phone:**
**Discharge Diagnosis:** Asthma; Eosinophilic esophagitis
**Updated on**
    12/07/15 10:57 am by PALMISANO MD, ERICA L
*
**Special Instructions:** For asthma:

Take two puffs of QVAR and inhale them, twice per day.
Use the albuterol only as a rescue inhaler

For esophagitis:

FOR CERMAKLAB: PLEASE ORDER MILK ALLERGY IGE
Take two puffs of QVAR and swallow them, twice per day.
Follow-up with GI, we have referred you to them. If they do not contact you in two weeks, call the number of the referral form to inquire on your appointment.
AVOID ALL DAIRY PRODUCTS
Use epipen in the event of anaphylaxis (modified)
**Patient Summary Given**
**Patient Summary Distribution:** Given to patient/caregiver

## Follow-up and Appointments: